IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GEORGE STRAKIS,<br><br>       Plaintiff,<br><br>v.<br><br>BRS FIELD OPS LLC d/b/a BLUE RAVEN SOLAR, BLUE RAVEN SOLAR LLC,<br><br>       Defendants. | Case No. 1:26-cv-00092-JPH-MJD |

## CERTIFICATION OF FILING OF NOTICE OF REMOVAL IN STATE COURT

I hereby certify that I am counsel of record to Defendants BRS Field Ops, LLC and Blue Raven Solar, LLC. On January 16, 2026, I filed with the Superior Court of the State of Indiana for Marion County, the court from which this action was removed, a copy of the Notice of Removal filed in this Court. The filing in state court is attached as **Exhibit A**.

Dated: January 16, 2026.

                */s/ Kimberli A. Diggs*
                Kimberli A. Diggs, ISBA # 32802-45
                K&L Gates LLP
                1 Park Plaza, Floor 12
                Irvine, CA 92614
                Phone: (949) 623-3541
                Email: Kimberli.Diggs@klgates.com

                *Counsel for Defendants BRS Field Ops, LLC and Blue Raven Solar, LLC*

## CERTIFICATE OF SERVICE

I certify that on January 16, 2026, I provided electronic copies of the foregoing to the following parties by email and U.S. mail.

>Grover B. Davis
>Scott S. Mandarich
>McClure McClure & Davis
>6602 East 75th Street, Suite 112
>Indianapolis, IN 46250
>Telephone: (317) 221-0800
>Email: gbdavis@gbd.law
>Email: smandarich@gbd.law
>
>*Counsel for Plaintiff George Strakis*

Dated: January 16, 2026, at Irvine, California.

>>*/s/ Kimberli A. Diggs*
>>Kimberli A. Diggs